# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00393-CV

## In re Anabel Lopez Perez

### ORIGINAL PROCEEDING FROM AUSTIN COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a pro se petition for writ of mandamus complaining that the presiding judge of the Austin County Court at Law has "failed to execute and clarify the QDRO" issued in connection with relator's 2024 divorce. By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district, statutory county, statutory probate county, or county court *in the court of appeals district*" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221 (emphasis added). This Court does not have mandamus jurisdiction over any court officials of Austin County, which lies outside of our appellate district. *See id.* § 22.201(d) (listing counties that compose Third Court of Appeals District). Nor has relator demonstrated that the exercise of our writ power is necessary to enforce our appellate jurisdiction. *See id.* § 22.221(a).

Accordingly, the petition is dismissed for want of jurisdiction.

_____
Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Filed: April 30, 2026